IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RAY LEWIS HARRISON | § | |
| | § | CIVIL ACTION NO. 1:13-CV-720 |
| WARDEN RUESLER | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Ray Lewis Harrison, an inmate confined at the Mark Stiles Unit in Beaumont, Texas, with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this motion for prohibitory injunctive relief.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this action be dismissed for failure to state a claim for failure to exhaust administrative remedies.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 28 day of **March, 2014.**

_____
Thad Heartfield
United States District Judge